IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

UNITED STATES OF AMERICA                                      PLAINTIFF

v.                              Case No. 1:23-cr-10003

JOHAVON DEMONTRAY DAVIS                                      DEFENDANTS

## ORDER

Before the Court is a Motion to Dismiss filed by the United States of America.  ECF No.

28.  The United States moves the Court to dismiss the Indictment (ECF No. 1) as to Defendant

Johavon Demontray Davis in the above-captioned matter.  Upon consideration, pursuant to Fed.

R. Crim. P. 48(a), the Court finds that the motion should be and hereby is **GRANTED**.

Accordingly, the Indictment is **DISMISSED** as to Defendant Johavon Demontray Davis.

**IT IS SO ORDERED**, this 23rd day of February, 2024.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge